## MORA *v.* VALDECILLA HERMANOS & CO.

APPEAL in cassation from the District Court of Ponce.

No. 38.—Decided February 4, 1903.

APPEALS.—FINAL JUDGMENT.—An appeal in casation lies only from a final judgment.

ID.—CONSOLIDATION OF ACTIONS.—An order of court admitting or refusing the consolidation of an action is not an appealable order.

### STATEMENT OF THE CASE.

On the 10th of July, 1901, Ramón Mora, on behalf of his sister Magdalena Mora Vázquez, brought an action in the District Court of Ponce, against the mercantile firm of R. Valdecilla Hermanos & Co., of said city, for annulment of the agreement entered into by both parties in a conciliatory proceeding held before the Municipal Judge of aforesaid city on the 27th of June, 1901, and subsequently, or on the 21st of November of the same year, he brought another action in the same court demanding that the aforesaid conciliatory proceedings be declared null and void. The day having been set for the hearing in the first of said proceedings and the stage having been reached in the second for the introduction of evidence, Ramón Mora asked that the later action be consolidated with the former and the District Court of Ponce, on the 5th of March, 1902, ordered the consolidation requested. From this decision the firm of R. Valdecilla Hermanos & Co. took an appeal in cassation for violation of law, under paragraph 1, of article 1690 of the Law of Civil Procedure, duly setting forth the grounds of said appeal.

*Mr. Alvarez Nava,* for appellant.

*Mr. Texidor,* for appellee.

MR. ASSOCIATE JUSTICE SULZBACHER, after making the above statement of facts, delivered the following opinion of the Court.

The order appealed from cannot be considered as final

acumulación del más moderno al más antiguo; y el Tribunal de Distrito de Ponce, por auto de 5 de Marzo del año próximo pasado, ordenó la acumulación solicitada.

*Resultando:* que contra esa resolución ha interpuesto la Sociedad "R. Valdecilla Hermanos y Ca." recurso de casación por infracción de ley, como autorizado en el caso 1? del Artículo 1690 de la Ley de Enjuiciamiento Civil, por los motivos que ha alegado en apoyo de su pretensión.

Abogado del recurrente: *Sr. Alvarez Nava.*

Abogado del recurrido: *Sr. Texidor.*

according to the provisions of paragraph 1, of article 1688 of
the Law of Civil Procedure, inasmuch as it does not termi-
nate the actions to which it refers, nor render their continua-
tion impossible, whether the consolidation thereof be effected
or not; wherefore this appeal cannot be discussed and passed
upon in cassation.

We adjudge that we should declare, and do declare, that
the appeal in cassation taken on behalf of R. Valdecilla
Hermanos & Co. does not lie, and impose costs upon appel-
lants.   It is hereby ordered that, with the return of the
record, the present decision be communicated to the District
Court of Ponce, for compliance therewith.

Messrs. Chief Justice Quiñones, and Associate Justices
Hernández, Figueras and MacLeary, concurring.